UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

March 22, 2023

Ms. Skyler O'Hara
United States District Court for the District of Kansas
Office of the Clerk
500 State Avenue
Robert J. Dole U.S. Courthouse
Room 259
Kansas City, KS 66101-0000

**RE:**     22-3003, Braxton v. Walmart
              Dist/Ag docket: 2:20-CV-02287-DDC

Dear Clerk:

Pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate in the above-referenced appeal issued today. The court's February 16, 2023 judgment takes effect this date. With the issuance of this letter, jurisdiction is transferred back to the lower court/agency.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court


cc:     Gerard Michael D'Emilio
        Amelia Fogleman
        Christopher R. Hedican
        Kenneth D. Kinney
        Theodore James Lickteig
        Donald N. Peterson II

Thomas F. Ralston
Michael J Roccaforte

CMW/jjh